UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61352-CIV-COHN

DOROTHY MONTAQUE,

Magistrate Judge Seltzer

    Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner
of Social Security,

    Defendant,
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION and
## ORDER GRANTING PETITION FOR ATTORNEY'S FEES

THIS CAUSE is before the Court upon the Report and Recommendation [DE 22] of Magistrate Judge Barry Seltzer, entered August 6, 2008, Plaintiff's Petition for Attorney''s Fees [DE 19] and Defendant's Response thereto [DE 21]. The Court notes that the Plaintiff has not filed any objections to the Report and Recommendation, and that the time for filing such objections has passed.

As no timely objections were filed, the Magistrate Judge's factual findings in the Report and Recommendation are hereby adopted and deemed incorporated into this opinion. Loconte v. Dugger, 847 F.2d 745 (11th Cir. 1988), *cert. denied* 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). As to the legal conclusions of the Magistrate Judge, the Court has reviewed the arguments of the parties, and is otherwise fully advised in the premises.

This Court agrees with the reasoning and analysis of the Magistrate Judge that the Plaintiff's Petition for Fees be granted as to the amount of fees, but not as to an award directly to counsel to Plaintiff, but rather to Plaintiff herself. Reeves v. Astrue, 526 F.3d 732, 735-38 (11th Cir. 2008). The statute is clear that attorney's fees are

awarded to the prevailing party, not the prevailing party's counsel.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [DE 22] is hereby **ADOPTED**;

2. Plaintiff's Petition for Attorney''s Fees [DE 19] is hereby **GRANTED**;

3. The Court shall separately enter judgment for Plaintiff in the amount of $3,663.31 in attorney's fees.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of September, 2008.

JAMES I. COHN
United States District Judge

copies to:

counsel of record